

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00542-CV

Vinod S. **IDNANI,**
Appellant

v.

Mansha V. **IDNANI,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

## O R D E R

On September 23, 2019, after the reporter's record was overdue and the court reporter advised this court that Appellant had not paid the fee to prepare the reporter's record, we ordered Appellant to provide written proof to this court that the fee has been paid.

On October 2, 2019, Appellant filed a written response showing he has made arrangements to pay the reporter's fee. Our September 23, 2019 order is satisfied.

The reporter's record is due on October 31, 2019. *See* TEX. R. APP. P. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk